IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CPIF LENDING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-00124 |
| | § | |
| FRISCO WADE CROSSING | § | |
| DEVELOPMENT PARTNERS, LLC and | § | Instrument No. |
| MCKINNEY EXECUTIVE SUITES AT | § | 20181011001271450 |
| CRESCENT PARC DEVELOPMENT | § | |
| PARTNERS, LLC, and | § | |
| THE UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## SUGGESTION OF BANKRUPTCY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Please take notice that on February 17, 2018, Defendants Frisco Wade Crossing Development Partners, LLC ("Frisco Wade") and McKinney Executive Suites at Crescent Parc Development Partners, LLC ("McKinney Executive Suites," together with Frisco Wade, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the U. S. Bankruptcy Code with the U. S. Bankruptcy Court, Eastern District of Texas, Sherman Division ("Bankruptcy Court").  The Frisco Wade case number is 19-40427 and the McKinney Executive Suites case number is 19-40428 (collectively, the "Bankruptcy Case").   A copy of the Official Form 201, Voluntary Petitions for Non-Individual Filing for Bankruptcy, evidencing the filing of the Frisco Wade case is attached as **Exhibit "A."**  A copy of the Official Form 201, Voluntary Petitions for Non-Individual Filing for Bankruptcy, evidencing the filing of the McKinney Executive Suites case is attached as **Exhibit "B."**

_____

Respectfully submitted,

By: */s/ Joseph J. Wielebinski*
Joseph J. Wielebinski – State Bar No. 21432400
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile:  (214) 745-5390
jwielebinski@winstead.com

**PROPOSED COUNSLE FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2019, notice of this document was electronically mailed on February 18, 2019, to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Joseph J. Wielebinski*
One of Counsel